IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01460-BNB

CHARLES HALL,

    Plaintiff,

v.

WILSON,
CHIEF KIELLER,
DEPUTY MUSSELMAN,
DEPUTY COMPTON, and
CAPTAIN JOCHEM,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 29 2010

GREGORY C. LANGHAM
CLERK

ORDER DIRECTING PLAINTIFF TO SUBMIT AMENDED MOTION
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

At the time Plaintiff, Charles Hall, initiated the instant action, he was incarcerated at the Denver County Jail. On June 22, 2010, the Court entered an order directing the clerk of the Court to commence the instant action and directing Mr. Hall to cure a deficiency in the case by submitting within thirty days a certified copy of his trust fund account statement for the six-month period immediate preceding this filing obtained from the appropriate prison official. On June 23, 2010, Mr. Hall submitted a notice of change of address to the Court indicating that he no longer is incarcerated. Therefore, to the extent the June 22 order directed Mr. Hall to cure the designated deficiency, the order will be waived. On June 28, 2010, the copy of the June 22 order mailed to Mr. Hall was returned to the Court as undeliverable.

Mr. Hall's continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. See *Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996). Therefore, Mr. Hall will be ordered to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Mr. Hall may elect to pay the $350.00 filing fee to pursue his claims in this action. Accordingly, it is

ORDERED that, to the extent the June 22, 2010, order directed Plaintiff, Charles Hall, to submit within thirty days a certified copy of his trust fund account statement for the six-month period immediately preceding this filing obtained from the appropriate prison official, the order is waived. It is

FURTHER ORDERED that within thirty days from the date of this order Mr. Hall submit to the Court an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Mr. Hall may elect to pay the $350.00 filing fee to pursue his claims in this action. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Hall, together with copies of this order and of the June 22, 2010, order to commence and cure, two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form used by nonprisoners in submitting requests to proceed pursuant to § 1915. It is

FURTHER ORDERED that if Mr. Hall fails to comply with the instant order, within thirty days, the complaint and action will be dismissed without further notice.

DATED at Denver, Colorado, this 29th day of June, 2010.

                                                  BY THE COURT:

                                                  *s/Craig B. Shaffer*
                                                  Craig B. Shaffer
                                                  United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01460-BNB

Charles Hall
1285 S. Zenobia St.
Denver, CO 80219

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on 6/29/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk