IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01460-BNB

CHARLES HALL,

    Plaintiff,

v.

WILSON,
CHIEF KIELLER,
DEPUTY MUSSELMAN,
DEPUTY COMPTON, and
CAPTAIN JOCHEM,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The June 29, 2010, order directing Plaintiff to submit an amended motion pursuant to 28 U.S.C. § 1915 is **VACATED**. On July 9, 2010, Plaintiff informed the Court that he currently is incarcerated in the Denver County Jail. The Court entered the June 29 order because on June 23, 2010, Plaintiff informed the Court that he was being released from custody.

    Therefore, the June 22, 2010, order directing Plaintiff to cure a deficiency in this case is **REINSTATED**. Plaintiff cured the deficiency on July 12, 2010, by submitting a certified copy of his trust fund account statement for the six-month period immediately preceding this filing. Therefore, the motion for this Court to order Defendants to provide such an account statement (docket no. 10) is **DENIED** as moot.

    Plaintiff's motion for the appointment of counsel (docket no. 4) is **DENIED** as premature.

    Plaintiff is directed to stop sending letters directly to judicial officers. D.C.COLO.LCivR 77.2 forbids *ex parte* communications with judicial officers.

Dated: July 14, 2010